■ IRENE R. LACKS, Appellant, v JOHN J. MOORE, Respondent.—Order, Supreme Court, New York County, entered on December 2, 1977, unanimously affirmed for the reasons stated by H. Schwartz, J., at Special Term, without costs and without disbursements. Concur—Murphy, P. J., Lupiano, Silverman, Markewich and Sandler, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORVELL BRANDON, Also Known as ERNEST BRANDON, Appellant.—Judgment, Supreme Court, New York County, rendered on March 24, 1975, unanimously affirmed. Application by appellant's counsel to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). No opinion. Concur—Murphy, P. J., Lupiano, Silverman, Markewich and Sandler, JJ.